1  Stephen C. Balkenbush, Esq.
   Nevada Bar No.: 1814
2  Thorndal, Armstrong, Delk, Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  Attorneys for Defendants Douglas County and

5

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10                              * * *

11  CORRY CASTANEDA                  CASE NO. CV-N-05-0283-HDM-RAM

12              Plaintiff,
                                              **ORDER TO**
13  vs.                                  **EXTEND THE TIME TO**
                                        **FILE JOINT PRETRIAL ORDER**
14  DOUGLAS COUNTY SHERIFF'S
    INVESTIGATOR RORY PLANETA;
15  DOUGLAS COUNTY SHERIFF'S
    DEPUTY SHIELDS; RON PIERINI,
16  individually and in his official capacity as
    DOUGLAS COUNTY SHERIFF; and
17  DOUGLAS COUNTY, a duly constituted
    political subdivision of the State of Nevada,
18
                Defendants.
19  _____/

20       The parties hereto, by and through their undersigned counsel, hereby stipulate to extend

21  the time to file the Joint Pretrial Order in this matter to and including 30 days after this Court

22  enters its order on the motion for summary judgment filed by Defendants in this matter.

23       On March 24, 2006 this Court directed the parties to lodge their proposed Pretrial Order

24  with the Court on or before April 10, 2006 (Doc. #20). In accordance with the Amended

25  Discovery Plan and Scheduling Order (Doc. #18), Defendants had to and including March 31,

26  2006 within which to file their motion for summary judgment in this matter. The Defendants

27  filed their motion for summary judgment on March 31, 2006.

28  / / /

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South M°Carran Blvd, Suite B
Reno, Nevada 89509
(775) 786-2882

1   The decision on the motion for summary judgment in this matter may limit the issues
2   which may be addressed in the Pretrial Order or may obviate the necessity of filing a Pretrial
3   Order in this matter altogether.
4   This stipulation is made in good faith and not for purposes of delay.

7   DATED: 4/7/06        By: _____
8                            JAMES ANDRE BOLES, ESQ.
                             Attorney for Plaintiff

10  DATED: 4/7/06        By: _____
11                           STEPHEN C. BALKENBUSH, ESQ.
                             Attorney for Defendant

12
13  IT IS SO ORDERED.

14
15  DATED: April 28, 2006
                             _____
                             UNITED STATES DISTRICT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South McCarran Blvd, Suite B
Reno, Nevada 89509
(775) 786-2882

- 2 -